**ALANA B. McMAINS**
California State Bar No. 285942
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: alana_mcmains@fd.org

Attorneys for Mr. Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DAVID H. BARTICK)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**SERGIO RODRIGUEZ,**<br>Defendant. | CASE NO. 14MJ03570-DHB<br>**NOTICE OF APPEARANCE AS LEAD ATTORNEY** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Alana B. McMains, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 22, 2014

*s/ Alana B. McMains*
**ALANA B. McMAINS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via CM/ECF

Dated: October 22, 2014

*s/ Alana B. McMains*
**ALANA B. McMAINS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez
alana_mcmains@fd.org