FILED
NOV 13 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
SCOTT ALLAN MYERS (1),
SANDRA MENDOZA (2),
SERGIO RODRIGUEZ (3),
Defendants.

Case No.: 14CR3276-AJB

I N F O R M A T I O N

Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including October 15, 2014, within the Southern District of California, defendants SCOTT ALLAN MYERS, SANDRA MENDOZA and SERGIO RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Claro Alejandro Zepeda-Ochoa, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown, to transport and move, or attempt to transport and move said alien within the United States in furtherance of such law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

DATED: 11/13/14.

LAURA E. DUFFY
United States Attorney

JULIA A. CLINE
Special Assistant U.S. Attorney

JACL:lg:San Diego
10/23/2014