(4)

***UNITED STATES DISTRICT COURT***

***SOUTHERN DISTRICT OF CALIFORNIA***

FILED
NOV 1 3 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

SERGIO RODRIGUEZ (3)

**WAIVER OF INDICTMENT**

CASE NUMBER: 14CR3276AJB

I, SERGIO RODRIGUEZ, the above-named defendant, who is accused of committing the following offenses:

Conspiracy to Transport Illegal Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I) (Felony);

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11/13/14 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before
Judicial Officer