UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Scott Allan Myers et al

Defendant(s)

CRIMINAL NO. 14CR3276-AJB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **DAVID H. BARTICK**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

San Roman Guzman-Perez (Arr 10/21/14)

DATED: 12/2/14

**DAVID H. BARTICK**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______ DUSM

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by Averill

**A. EVERILL** Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082