UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Scott Allan Myers et al.
Defendant(s)

CRIMINAL NO. 14CR3276-AJB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, DAVID H. BARTICK

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Fredy Vera-Pacheco
(Arr 10/21/14)

DATED: 12/2/14

DAVID H. BARTICK

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED [signature]
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

A. EVERILL



✩ U.S. GPO: 2003-581-774/70082