UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Scott Allan Myers et. al.

Defendant(s)

CRIMINAL NO. 14CR 3276 AJB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, DAVID H. BARTICK

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Clavo Alejandro Zepeda-Ochoa (Arr 10/21/14)

DATED: 12/2/14

DAVID H. BARTICK

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ________

Deputy Clerk

A. EVERILL

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082