UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SERGIO RODRIGUEZ (3),<br>Defendant. | Case No. 14cr3276 AJB<br><br>ORDER ACCEPTING GUILTY PLEA |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Bartick are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed November 13, 2014.

IT IS SO ORDERED.

DATED: January 5, 2015

Hon. Anthony J. Battaglia
U.S. District Judge