LAURA E DUFFY
United States Attorney
Alex W. Markle
Special Assistant U.S. Attorney
California Bar No. 234562
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9728
Email: Alex.Markle@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT ALLAN MYERS et. al,

Defendant.

Case No.: 14CR3276-AJB

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity

in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Jeremy Herring

Please call me at the above-listed number if you have any questions about this notice.

DATED: January 27, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/ Alex W. Markle
ALEX W. MARKLE
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT ALLAN MYERS et. al,<br>Defendant. | Case No.: 14CR3276-AJB<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Alex W. Markle, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States January 27, 2015, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

David L. Baker, Esq.
Daniel Casillas, Esq.
Alana McMains, Esq,

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2015 .

*s/Alex W. Markle*
ALEX W. MARKLE
Special Assistant U.S. Attorney