PROB 12B
(04/08)

February 17, 2016
pacts id: 835561

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Sergio Rodriguez (English) **Dkt No.:** 14CR03276-003-AJB

**Name of Sentencing Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge

**Sentence:** Nine months imprisonment, followed by two years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 10, 2015

**Date Supervised Release Commenced:** July 16, 2015

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor, or participation in a program administered by the probation office. The defendant may be required to contribute to the cost of the service rendered (copayment) in the amount to be determined by the program officer, based on the defendant's ability to pay.

**CAUSE**

On July 16, 2015, Mr. Rodriguez was released from imprisonment, at which time his two year term of supervised release commenced. Following his release from imprisonment, Mr. Rodriguez was also under the supervision of the San Diego County Gang Suppression Unit for a prior conviction. At the onset of supervision, Mr. Rodriguez was able to secure full-time employment and a residence with his girlfriend and co-defendant, Sandra Mendoza. As of October 24, 2015, Mr. Rodriguez was no longer employed and he has since struggled to secure employment. Given his lack of employment, Mr. Rodriguez returned to his previous residence with his family and reportedly began consuming alcohol regularly. Additionally, on January 12, 2016, it was learned Mr. Rodriguez was traveling out of his way regularly to meet up with old associates. Mr. Rodriguez was admonished for his conduct and has since denied further contact with his old associates. Of additional concern, is Mr. Rodriguez remains unemployed and he has admitted lacking commitment to secure employment.

More recently, Mr. Rodriguez has been referred to the Work Force Development Program offered through the U.S. Probation Office, in an effort to assist him in securing employment. On February 16, 2106, the undersigned met with Mr. Rodriguez to discuss his conduct and it is believed he can benefit from Cognitive Behavioral Treatment. He is in agreement with the proposed modification as evidenced by his signature on the attached Waiver of Hearing form.

Respectfully submitted:

by ______________________
Ymelda E. Valenzuela
Senior U.S. Probation Officer
(619) 446-3824

Reviewed and approved:

______________________
Jennifer K. Walker
Supervising U.S. Probation Officer pjk

Attachments:

**THE COURT ORDERS:**

_✓_ The Modification of Conditions as Noted Above

____ Other ______________________

______________________

The Honorable Anthony J. Battaglia
U.S. District Judge

2/18/16
Date