ALANA W. ROBINSON
Acting United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California Bar No. 144911
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6768
Fax: (619) 546-0510

Attorneys for the Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT ALLAN MYERS, et al.,<br>Defendant. | Case No.: 14cr3276-AJB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic

Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

Alex W. Markle

Please call me at the above-listed number if you have any questions about this notice.

DATED: February 7, 2017

Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

*s/ Timothy D. Coughlin*
TIMOTHY D. COUGHLIN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT ALLAN MYERS, et al.,<br>Defendant. | ) | Case No. 14cr3276-AJB<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by electronically filing with the U.S. District Court for the Southern District of California using its ECF System.

David L Baker, Esq., Attorney for Defendant
Daniel Casillas, Esq., Attorney for Defendant
Alana McMains, Esq., Attorney for Defendant
Reza Keramati, Esq., Attorney for Material Witnesses

Dated: February 7, 2017

*s/Timothy D. Coughlin*
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney