FILED
FEB 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MXJ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Sergio Rodriguez (3)

## WARRANT FOR ARREST

48507.298

**Case Number:** 14-cr-03276-AJB-3

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sergio Rodriguez (3)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

**DATE:** 2/9/17
**ARRESTED BY:** DUSM Shue

**STEVEN C. STAFFORD**
**U.S. MARSHAL, S/CA**
**BY:** Maria

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2017 FEB 6 AM 8 46

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Fincher
Signature of Deputy

2/6/2017 San Diego, CA
Date and Location

Bail fixed at $ No Bail by The Honorable Anthony J. Battaglia
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |