**ALANA B. MCMAINS**
California State Bar No. 285942
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Alana_Mcmains@fd.org
Attorney for Sergio Rodriguez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO RODRIGUEZ,

Defendant.

CASE NO. 14CR3276-AJB

**WITHDRAW OF DOCUMENT**

TO: ALANA ROBINSON, ACTING UNITED STATES ATTORNEY; AND TIMOTHY COUGHLIN, ASSISTANT UNITED STATES ATTORNEY:

The Defendant, Sergio Rodriguez, by and through attorneys Alana B. McMains, and Federal Defenders of San Diego, Inc., hereby requests to withdraw and strike from the record document number 107 from the clerk's record due to error in the document.

Respectfully submitted:

Dated: March 21, 2017

*s/ Alana B. McMains*
Federal Defenders of San Diego, Inc.
Attorney for Mr. Rodriguez

## CERTIFICATE OF SERVICE

Counsel for Petitioner certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

TIMOTHY COUGHLIN,
Assistant U.S. Attorney via CMS/ECF

Dated: March 21, 2017

*s/ Alana B. McMains*

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Alana_Mcmains@fd.org