# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Sergio Rodriguez )

CASE NUMBER 14CR3276 AJB

ABSTRACT OF ORDER

Booking No. 48507298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 3/27/17

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release.

____ Defendant released on $ ____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 2 years.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case dismissed.

____ Case dismissed, charges pending in case no. ____

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received CEBALLOS
DUSM

JOHN MORRILL Clerk
by Y. Madueno Deputy Clerk

(Y. Madueno #557-6423

★ U.S. GPO: 1996-783-398/40151

Crim-9 (Rev. 8-11)

CLERK'S COPY